HENK LEONARD APC
Robert Peter Henk, State Bar No. 147490
Sheri L. Leonard, State Bar No. 173544
henkleonard@aol.com
2260 Douglas Blvd., Suite 200
Roseville, California 95661
Telephone: (916) 787-4544
Fax:       (916) 787-4530

Attorneys for Plaintiff,
BRIAN ZINE

MORGAN, LEWIS & BOCKIUS LLP
ROBERT JON HENDRICKS, State Bar No. 179751
rhendricks@morganlewis.com
KATHERINE H. DICK, State Bar No. 273688
kdick@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION ("AMTRAK")

FILED
CLERK, U.S. DISTRICT COURT
Dec 29, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC  DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ZINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK and DOES 1-5, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-08408-SVW-JPR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL |

　　IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(2), each party to bear their own fees and costs.

Stipulation and [Proposed] Order for Dismissal

1

IT IS SO STIPULATED:

Dated: December 23, 2014

HENKLEONARD
*A Professional Law Corporation*

/s/SHERI L. LEONARD
SHERI L. LEONARD
Attorney for Plaintiff
BRIAN ZINE

Dated: December 23, 2014

MORGAN, LEWIS & BOCKIUS LLP

/s/KATHERINE H. DICK(as auth.12/23/14)
ROBERT JON HENDRICKS
KATHERINE H. DICK
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION("AMTRAK")

IT IS SO ORDERED.

Dated: December 29, 2014

_____
JUDGE OF UNITED STATES
DISTRICT COURT, CENTRAL
DISTRICT OF CALIFORNIA